In the Matter of GULF OIL CORPORATION, Appellant and Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent and Appellant.

Argued May 24, 1939; decided July 11, 1939.

*Matthew S. Gibson* for petitioner, appellant and respondent.
*George de Forest Lord* and *Woodson D. Scott* for Cunard White Star Limited, *amicus curiæ.*

*William C. Chanler, Corporation Counsel* (*Sol Charles Levine, Jerome R. Hellerstein, Milton Sandberg* and *Charles H. Birdsall* of counsel), for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.